IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA P. MOORE,

    Plaintiff,

v.                                Case No. 4:18cv142-MW/CAS

JULIE JONES, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to honestly disclose his prior litigation history and for failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on December 14, 2018.**

                                            s/Mark E. Walker    
                                            **Chief United States District Judge**